IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV494-MOC-DSC

| NATELA V. MCKOY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHARLOTTE-MECKLENBURG SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon "Defendant's Motion to Dispense with Mediation" (document #12). The Court concludes that good cause exists for granting the Motion.

**IT IS THEREFORE ORDERED** that:

1. "Defendant's Motion to Dispense with Mediation" (document #12) is **GRANTED** and the parties are relieved of their duty to conduct a mediated settlement conference.

2. The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: April 12, 2011

David S. Cayer
United States Magistrate Judge